## EL PUEBLO v. RIVERA.

APELACIÓN procedente de la Corte de Distrito de

Guayama.

No. 48.   Resuelto en noviembre 28, 1905.

ACUSACIÓN.—DEFECTOS DE FORMA.—Las objeciones que se refieran á defectos de forma en la acusación, no afectan en modo alguno al juicio seguido, y á la sentencia dictada por virtud de tal acusación, á no ser que los defectos de que adolezca tiendan á perjudicar los derechos substanciales del acusado.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La presente es una apelación interpuesta contra sentencia de la Corte de Distrito de Guayama. El acusado fué condenado á cinco años de presidio con trabajos forzados, y al pago de las costas, por el delito de mutilación. En el momento en que la corte iba á pronunciar la sentencia, el abogado defensor del acusado presentó una moción para que se desestimase la causa, fundando dicha moción sustancialmente en que la acusación era defectuosa, en vista de que no se desprendía de la misma ante qué funcionario fueron juramentados los testigos preliminares, alegándose que la sección 3 del Código de Enjuiciamiento Criminal prescribe que los testigos sean juramentados por el fiscal. La corte inferior desestimó la moción. El acusado no tomó excepción de la resolución

de la corte, de acuerdo con la sección 296 del Código de Enjuiciamiento Criminal.

Después del juicio y dictada la resolución de la corte semejante objeción podía solamente referirse á la forma de la acusación y estaba sujeta á la sección 83 del Código de Enjuiciamiento criminal. Siendo la acusación y la sentencia ajustadas á la ley en cuanto á su forma, y no apareciendo en los autos ningún error, debe confirmarse la sentencia dictada por la Corte de Distrito de Guayama.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.